IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TENTH STREET BUILDING CORPORATION,<br>    Plaintiff<br><br>            v.<br><br>BP PRODUCTS NORTH AMERICA INC., f/k/a and successor to BP OIL COMPANY, f/k/a and successor to BORON OIL COMPANY, and DONALD TRAPP,<br>    Defendants | CIVIL ACTION NO. 03-359E<br><br>JUDGE COHILL<br><br>ELECTRONICALLY FILED |

## STIPULATION FOR EXTENSION OF TIME TO ANSWER COMPLAINT

Plaintiff Tenth Street Building Corporation, by its attorneys, Knox McLaughlin Gornall & Sennett, P.C., defendant BP Products North America Inc., f/k/a and successor to BP Oil Company, f/k/a and successor to Boron Oil Company, by its attorneys, MacDonald, Illig, Jones & Britton LLP, and defendant Donald Trapp, by his attorney, Thomas A. Testi, Esquire, hereby stipulate, pursuant to LR 7.2 of the Local Civil Rules of the United States District Court for the Western District of Pennsylvania, that the time for all defendants to answer the Complaint shall be extended to September 12, 2005.

    Respectfully submitted,


    /s/ Richard A. Lanzillo
    Richard A. Lanzillo, Esquire
    Pennsylvania Bar I.D. No. 53811
    Knox McLaughlin Gornall & Sennett PC
    120 West Tenth Street
    Erie, PA 16501-1461
    Phone: (814) 459-2800
    Fax: (814) 453-4530
    E-mail: rlanzillo@kmgslaw.com

    Attorneys for Plaintiff
     Tenth Street Building Corporation


    /s/ Matthew W. McCullough
    Matthew W. McCullough
    Pennsylvania Bar I.D. No. 46950
    MacDONALD, ILLIG, JONES & BRITTON LLP
    100 State Street, Suite 700
    Erie, PA 16507-1459
    Phone: (814) 870-7602
    Fax: (814) 454-4647
    E-mail: mmccullough@mijb.com

    Attorneys for Defendant
     BP Products North America Inc., f/k/a and successor to BP Oil Company, f/k/a and successor to Boron Oil Company

    By: _____ 8-24-05
    Thomas A. Testi
    P.O. Box 413
    Fairview, PA 16415
    Phone: (814) 474-2200
    Fax: (814) 474-1902
    E-mail: tatesti@surferie.net

    Attorney for Defendant
     Donald Trapp

# THOMAS A. TESTI, ESQ.

P.O. Box 413
Fairview, PA  16415

Telephone (814) 474-2200
Fax (814) 474-1902

August 24, 2005

Clerk of Courts
United States District Court for the Western District
    Of Pennsylvania
240 United States Federal Courthouse
Erie, PA  16501

Dear Sir or Madam:

Re:  Tenth Street Building Corporation vs. BP Products North America, Inc. f/k/a and
     Donald Trapp
     **CA No. 03-359E**

Please be advised that Attorneys McCullough and Lanzillo will each be filing the enclosed Stipulation electronically.  I have not yet taken the required training, therefore I am forwarding to you my signature via the U.S. Mail.

Please file this document manually within the file on behalf of my client, Mr. Donald Trapp.

If you have any questions, please give me a call.

As always,

Yours very truly,

Thomas A. Testi, Esq.

cc: Mr. Richard A. Lanzillo, Esq.
    Mr. Matthew W. McCullough, Esq.
    Mr. Donald Trapp