IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TENTH STREET BUILDING CORPORATION, | ) Docket No. 03-359 <br> ) (Judge Maurice B. Cohill, Jr.) <br> ) |
| Plaintiff | ) ELECTRONICALLY FILED PLEADING <br> ) |
| vs. | ) JOINT MOTION TO LIFT STAY <br> ) |
| BP PRODUCTS NORTH AMERICA, INC. f/k/a and successor to BP OIL COMPANY f/k/a and successor to BORON OIL COMPANY and DONALD TRAPP, | ) Filed on behalf of: Plaintiff, Tenth Street <br> ) Building Corporation and Defendant, BP Oil <br> ) Company <br> ) <br> ) Counsel of record for these parties: <br> ) |
| Defendants | ) Richard A. Lanzillo, Esq. <br> ) Knox McLaughlin Gornall <br> ) & Sennett, P.C. <br> ) 120 West 10th Street <br> ) Erie, PA 16501 <br> ) Telephone (814) 459-2800 <br> ) Facsimile (814) 453-4530 <br> ) Email rlanzillo@kmgslaw.com <br> ) PA53811 <br> ) Attorneys for Plaintiff <br> ) <br> ) Matthew W. McCullough, Esq. <br> ) MacDonald Illig Jones & Britton LLP <br> ) 100 State Street, Suite 700 <br> ) Erie, PA 16507-1498 <br> ) Telephone: (814) 870-7602 <br> ) Facsimile: (814) 454-4647 <br> ) Email mmccullough@mijb.com <br> ) PA46950 <br> ) Attorneys for Defendant <br> ) BP Oil Company |

**JOINT MOTION TO LIFT STAY**

Plaintiff, Tenth Street Building Corporation, and defendant, BP Oil Company, through their undersigned counsel, hereby move to lift the stay of this case entered by the Court on February 28, 2005, and state in support as follows:

1. Plaintiff, Tenth Street Building Corporation, commenced this action against the defendants to recover damages under the Resource Conservation Recovery Act, 42 U.S.C. §§6901 *et seq.*, and state law.

2. At the same time, plaintiff has pursued recovery under a program and fund created under Pennsylvania state law regarding releases of regulated substances from underground storage tanks.

3. The parties believed that the outcome of plaintiff's claim against this fund might facilitate settlement in this case.

4. To date, plaintiff has not received a final determination of its claim against the state fund.

5. The parties previously entered into stipulations staying this action pending potential settlement discussions. On February 28, 2005, the Court further stayed the proceeding pending settlement negotiations.

6. Having been unable to conclude a settlement, plaintiff and BP agree that the stay should be lifted and that the case should proceed to resolution.

7. Plaintiff has stipulated to an extension of time for defendants to file their Answers until September 26, 2005.

WHEREFORE, plaintiff, Tenth Street Building Corporation, and defendant, BP Products North America, Inc., respectfully requests that the Court enter an Order lifting the stay

of this action and confirming the extension of time for defendants to file Answers to the complaint on or before September 26, 2005.

    Respectfully submitted,

    KNOX McLAUGHLIN GORNALL & SENNETT, P.C.

    BY: /s/ Richard A. Lanzillo, Esq.
       Richard A. Lanzillo, Esquire
       120 West Tenth Street
       Erie, PA  16501
       Telephone (814) 459-2800
       Facsimile (814) 453-4530
       Email rlanzillo@kmgslaw.com
       PA53811

       Attorneys for Plaintiff,
       Tenth Street Building Corporation

    MACDONALD ILLIG JONES & BRITTON LLP

    BY: /s/ Matthew W. McCullough, Esq.
       Matthew W. McCullough, Esquire
       100 State Street, Suite 700
       Erie, PA  16507-1498
       Telephone (814) 870-7602
       Facsimile (814) 454-4647
       Email mmccullough@mijb.com
       PA46950

       Attorneys for Defendant,
       BP Products North America, Inc.

# 631360