IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TENTH STREET BUILDING CORPORATION, | ) Docket No. 03-359 <br> ) (Judge Maurice B. Cohill, Jr.) <br> ) |
| Plaintiff | ) ELECTRONICALLY FILED PLEADING <br> ) |
| vs. | ) JOINT MOTION TO LIFT STAY <br> ) |
| BP PRODUCTS NORTH AMERICA, INC. f/k/a and successor to BP OIL COMPANY f/k/a and successor to BORON OIL COMPANY and DONALD TRAPP, | ) Filed on behalf of: Plaintiff, Tenth Street Building Corporation and Defendant, BP Oil Company <br> ) <br> ) Counsel of record for these parties: |
| Defendants | ) Richard A. Lanzillo, Esq. <br> ) Knox McLaughlin Gornall <br> ) & Sennett, P.C. <br> ) 120 West 10th Street <br> ) Erie, PA 16501 <br> ) Telephone (814) 459-2800 <br> ) Facsimile (814) 453-4530 <br> ) Email rlanzillo@kmgslaw.com <br> ) PA53811 <br> ) Attorneys for Plaintiff <br> ) <br> ) Matthew W. McCullough, Esq. <br> ) MacDonald Illig Jones & Britton LLP <br> ) 100 State Street, Suite 700 <br> ) Erie, PA 16507-1498 <br> ) Telephone: (814) 870-7602 <br> ) Facsimile: (814) 454-4647 <br> ) Email mmccullough@mijb.com <br> ) PA46950 <br> Attorneys for Defendant <br> BP Oil Company |

**<u>ORDER</u>**

AND NOW, this _____ day of September, 2005, upon consideration of the

Motion of plaintiff, Tenth Street Building Corporation, and defendant, BP Products North

- 2 -

America, Inc., to lift Stay, it is hereby ORDERED that the Motion is GRANTED. The stay of this proceeding is hereby lifted. It is further ORDERED that defendant shall file Answers to the Complaint on or before September 26, 2005.

                                                                 _____
                                                                 Maurice B. Cohill, Jr.,
                                                                 United States District Court Judge

# 631647