

NOW THEREFORE, Defendant Donald Trapp respectfully asks that this Honorable Court dismiss the Plaintiff's suit at this time.

                              Respectfully submitted,

By: _____
      Thomas A. Testi, Esq.
      P.O. Box 413
      Fairview, PA 16415
      Phone: (814) 474-2200
      Fax: (814) 474-1902
      E-mail: tatesti@surferie.net
      Attorney for Defendant,
          Donald Trapp