IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TENTH STREET BUILDING CORPORATION,<br>    Plaintiff | )<br>)<br>)<br>) |
| v. | ) CIVIL ACTION NO. 03-359 Erie<br>) |
| BP PRODUCTS NORTH AMERICA INC., f/k/a and successor to BP OIL COMPANY, f/k/a and successor to BORON OIL COMPANY, and DONALD TRAPP,<br>    Defendants | )<br>) JUDGE COHILL<br>)<br>)<br>)<br>)<br>) |

PROOF OF SERVICE

I hereby certify as of this 9th day of September, 2005, I served a copy of the foregoing MOTION FOR DISMISSAL and BRIEF IN SUPPORT OF DEFENDANT DONALD TRAPP'S MOTION FOR DISMISSAL upon the parties and in the manner indicated below, which service satisfies the requirements of the applicable rules of Court, with the original being filed on this same date with the United States District Court for the Western District of Pennsylvania, 240 United States Federal Courthouse, Erie, PA 16501:

Service as noted addressed as follows, via U.S. Postage pre-paid, mailed to:

1. Richard A. Lanzillo, Esq.
   Knox McLaughlin Gornall & Sennett, PC
   120 West Tenth Street
   Erie, PA 16501-1461

2. Matthew W. McCullough, Esq.
   MacDonald Illig Jones & Britton, LLP
   100 State Street, Suite 700
   Erie, PA 16507-1459

Dated: 9-9-05

_____
Thomas A. Testi, Esq.
Attorney for Defendant, Donald Trapp
Supreme Court I.D. No.: 36915
   P.O. Box 413
   Fairview, PA 16415
   (814) 474-2200
   (814) 474-1902--fax

# THOMAS A. TESTI, ESQ.

P.O. Box 413
Fairview, PA  16415

Telephone (814) 474-2200
Fax (814) 474-1902

September 9, 2005

Clerk of Courts
United States District Court for the Western District
    Of Pennsylvania
240 United States Federal Courthouse
Erie, PA  16501

Dear Sir or Madam:

Re:  Tenth Street Building Corporation vs. BP Products North America, Inc. f/k/a and
       Donald Trapp
       **CA No. 03-359E**

Enclosed please find my Proofs of Service in re my client's filing of his Motion to Dismiss and Brief in Support thereof and Motion for Reconsideration.

Please file these documents manually within the file on behalf of my client, Mr. Donald Trapp.

If you have any questions, please give me a call.

As always,

Yours very truly,

Thomas A. Testi, Esq.

cc: Mr. Richard A. Lanzillo, Esq.
    Mr. Matthew W. McCullough, Esq.
    Mr. Donald Trapp