UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

TENTH STREET BUILDING          :
CORPORATION,                   :
    Plaintiff                  :   Civ. No. 03-359 Erie
    v.                         :
                               :
BP PRODUCTS NORTH AMERICA,     :
INC., f/k/a and successor to BP OIL :
COMPANY, f/k/a and successor to :
BORON OIL COMPANY, and         :
DONALD TRAPP,                  :
    Defendants                 :

## ENTRY OF APPEARANCE

Please enter our appearance on behalf of the Defendant, Donald Trapp, in the above-captioned matter. Service of all future pleadings, papers and orders in this matter may be made on the undersigned at the address set forth below.

        Respectfully submitted,

        QUINN, BUSECK, LEEMHUIS, TOOHEY &
        KROTO, INC.

        By _____
        Paul F. Burroughs
        PA18206
        2222 West Grandview Boulevard
        Erie, Pennsylvania 16506
        Telephone: (814) 833-2222
        Facsimile: (814) 833-6753
        pburroughs@quinnfirm.com
        Attorneys for Defendant, Donald Trapp

#267949

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TENTH STREET BUILDING CORPORATION,<br>    Plaintiff<br><br>    v.<br><br>BP PRODUCTS NORTH AMERICA, INC., f/k/a and successor to BP OIL COMPANY, f/k/a and successor to BORON OIL COMPANY, and DONALD TRAPP,<br>    Defendants | :<br>:<br>:<br>:   Civ. No. 03-359 Erie<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**CERTIFICATE OF SERVICE**

I hereby certify that I am this 28th day of September, 2005, serving a true and correct copy of the foregoing Appearance by hand delivery on the following individuals:

Richard A. Lanzillo, Esq.          Matthew W. McCullough, Esq.
120 West Tenth Street              100 State Street, Suite 700
Erie, PA  16501                    Erie, PA 16501

_____