IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TENTH STREET BUILDING CORPORATION, <br>     Plaintiff <br><br>          v. <br><br> BP PRODUCTS NORTH AMERICA INC., f/k/a and successor to BP OIL COMPANY, f/k/a and successor to BORON OIL COMPANY, and DONALD TRAPP, <br>     Defendants | ) <br> ) <br> ) <br> ) <br> )   CIVIL ACTION NO. 03-359 Erie <br> ) <br> ) <br> )   JUDGE COHILL <br> ) <br> ) <br> ) <br> ) <br> ) |

## MOTION FOR WITHDRAWAL OF APPEARANCE

Inasmuch as other Counsel have entered their Appearance in this matter on behalf of the Defendant, Donald Trapp, Thomas A. Testi, Esquire, Counsel for Defendant Donald Trapp, hereby files this Motion for Withdrawal of Appearance as Counsel for said Defendant, Donald Trapp.

NOW THEREFORE, Thomas A. Testi, Esq., respectfully asks that this Honorable Court grant his Motion for Withdrawal as Counsel effective immediately.

Respectfully submitted,

By: _____
Thomas A. Testi, Esq.
P.O. Box 413
Fairview, PA 16415
Phone: (814) 474-2200
Fax: (814) 474-1902
E-mail: tatesti@surferie.net
Attorney for Defendant,
Donald Trapp

9-28-05

# THOMAS A. TESTI, ESQ.

P.O. Box 413
Fairview, PA 16415

Telephone (814) 474-2200
Fax (814) 474-1902

September 28, 2005

Clerk of Courts
United States District Court for the Western District
    Of Pennsylvania
240 United States Federal Courthouse
Erie, PA 16501

Dear Sir or Madam:

Re:  Tenth Street Building Corporation vs. BP Products North America, Inc. f/k/a and
    Donald Trapp
    **CA No. 03-359E**

Enclosed please find my duly executed Withdrawal of Appearance on behalf of Donald Trapp.

Please note that Attorney Paul Burroughs and Attorney Eric Mikovch have entered their appearance on behalf of Mr. Trapp with respect to this matter.

If you have any questions, please give me a call.

As always,

                                              Yours very truly,

                                              Thomas A. Testi, Esq.

cc:  Mr. Paul F. Burroughs, Esq.
     Mr. Eric Mikovch, Esq.
     Mr. Richard A. Lanzillo, Esq.
     Mr. Matthew W. McCullough, Esq.
     Mr. Donald Trapp