IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TENTH STREET BUILDING CORPORATION,<br>  Plaintiff | )<br>)<br>)<br>) |
| v. | ) CIVIL ACTION NO. 03-359 Erie<br>) |
| BP PRODUCTS NORTH AMERICA INC., f/k/a and successor to BP OIL COMPANY, f/k/a and successor to BORON OIL COMPANY, and DONALD TRAPP,<br>  Defendants | )<br>) JUDGE COHILL<br>)<br>)<br>)<br>)<br>) |

## MOTION FOR WITHDRAWAL OF APPEARANCE

Inasmuch as other Counsel have entered their Appearance in this matter on behalf of the Defendant, Donald Trapp, Thomas A. Testi, Esquire, Counsel for Defendant Donald Trapp, hereby files this Motion for Withdrawal of Appearance as Counsel for said Defendant, Donald Trapp.

NOW THEREFORE, Thomas A. Testi, Esq., respectfully asks that this Honorable Court grant his Motion for Withdrawal as Counsel effective immediately.

Respectfully submitted,    9-28-05

By: _____
Thomas A. Testi, Esq.
P.O. Box 413
Fairview, PA 16415
Phone: (814) 474-2200
Fax: (814) 474-1902
E-mail: tatesti@surferie.net
Attorney for Defendant,
Donald Trapp

AND NOW, this 3rd day of October, 2005,
IT IS SO ORDERED.
Maurice B. Cohill, Jr.
UNITED STATES SENIOR DISTRICT JUDGE