IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TENTH STREET BUILDING CORPORATION, | ) Docket No. 03-359 <br> ) (Judge Maurice B. Cohill, Jr.) <br> ) |
| Plaintiff | ) ELECTRONICALLY FILED PLEADING <br> ) |
| vs. | ) PLAINTIFF'S ANSWER TO <br> ) COUNTERCLAIM OF DEFENDANT <br> ) DONALD TRAPP |
| BP PRODUCTS NORTH AMERICA, INC. f/k/a and successor to BP OIL COMPANY f/k/a and successor to BORON OIL COMPANY and DONALD TRAPP, | ) <br> ) Filed on behalf of: Plaintiff, Tenth Street <br> ) Building Corporation <br> ) <br> ) Counsel of record for this party: |
| Defendants | ) <br> ) Richard A. Lanzillo, Esq. <br> ) Knox McLaughlin Gornall <br> ) & Sennett, P.C. <br> ) 120 West 10th Street <br> ) Erie, PA 16501 <br> ) Telephone (814) 459-2800 <br> ) Facsimile (814) 453-4530 <br> ) Email rlanzillo@kmgslaw.com <br> ) PA53811 <br> ) Attorneys for Plaintiff |

## **PLAINTIFF'S ANSWER TO COUNTERCLAIM OF DEFENDANT DONALD TRAPP**

Plaintiff, Tenth Street Building Corporation, through its counsel, Knox McLaughlin Gornall & Sennett, P.C., files the following Answer to the Counterclaim of Defendant Donald Trapp:

1. Plaintiff, Tenth Street Building Corporation, denies the allegations of paragraphs 89 and 90 of defendant Donald Trapp's counterclaim.

2. Trapp's counterclaim fails to state a claim upon which relief can be granted.

3. Trapp's counterclaim is nothing more than a denial that he caused the damage to the underground storage tanks at issue or the contamination on the property. Trapp's counterclaim fails to state any basis for liability on the part of plaintiff to Trapp.

WHEREFORE, plaintiff, Tenth Street Building Corporation, respectfully requests that the Court dismiss the counterclaim of defendant Donald Trapp and enter judgment in favor of plaintiff as requested in plaintiff's Complaint.

Respectfully submitted,

KNOX McLAUGHLIN GORNALL &
SENNETT, P.C.

BY: /s/ Richard A. Lanzillo, Esq.
      Richard A. Lanzillo, Esquire
      120 West Tenth Street
      Erie, PA  16501
      Telephone (814) 459-2800
      Facsimile (814) 453-4530
      Email rlanzillo@kmgslaw.com
      PA53811

      Attorneys for Plaintiff,
      Tenth Street Building Corporation
      Attorneys for Defendant,
      BP Products North America, Inc.

# 637192