UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TENTH STREET BUILDING CORPORATION,       : | |
| Plaintiff                                : | Civ. No. 03-359 Erie |
| v.                                       : | |
|                                          : | |
| BP PRODUCTS NORTH                        : | |
| AMERICA, INC., f/k/a and                 : | |
| successor to BP OIL COMPANY,             : | ELECTRONICALLY FILED |
| f/k/a and successor to BORON OIL         : | |
| COMPANY, and DONALD                      : | |
| TRAPP,                                   : | |
| Defendants                               : | |

## ANSWER TO RESERVATION OF CROSS-CLAIM OF BP PRODUCTS NORTH AMERICA, INC.

AND NOW, comes the Defendant, Donald Trapp ("Trapp"), by and through his attorneys, Quinn, Buseck, Leemhuis, Toohey & Kroto, Inc., and files the following Answer to Reservation of Cross-claim of BP Products North America, Inc.:

83. No response necessary to the reservation of cross-claim against this co-Defendant. To the extent a response is required, BP Products North America, Inc. fails to set forth with any specificity a cross-claim against Trapp. This defendant claims

that such reservation is improper, but to the extent the denial is required, the averments of paragraph 83 are denied.

                    Respectfully submitted,

                    QUINN, BUSECK, LEEMHUIS, TOOHEY & KROTO, INC.


                    By    /s/ Paul F. Burroughs
                          Paul F. Burroughs
                          Pa. ID #18206
                          2222 West Grandview Boulevard
                          Erie, Pennsylvania  16506
                          Telephone: (814) 833-2222
                          Facsimile: (814) 833-6753
                          pburroughs@quinnfirm.com
#269923                        Attorneys for Defendant, Donald Trapp

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TENTH STREET BUILDING CORPORATION, | : : | |
|    Plaintiff | : | |
|      v. | : : | Civ. No. 03-359 Erie |
| BP PRODUCTS NORTH AMERICA, INC., f/k/a and successor to BP OIL COMPANY, f/k/a and successor to BORON OIL COMPANY, and DONALD TRAPP, | : : : : : | |
|    Defendants | : | |

## CERTIFICATE OF SERVICE

I hereby certify that I am this 14th day of October, 2005, serving a true and correct copy of the foregoing Answer to Complaint, Counterclaim and Crossclaim by hand delivery on the following individuals:

Richard A. Lanzillo, Esq.         Matthew W. McCullough, Esq.
120 West Tenth Street              100 State Street, Suite 700
Erie, PA 16501                     Erie, PA 16501

                                      /s/ Paul F. Burroughs