MEMORANDUM OF NON-JURY TRIAL

# United States District Court
For the Western District of Pennsylvania

TENTH STREET BUILDING CORP.

*Plaintiff*

vs.

No. C.A. 03-359 ERIE

BP PRODUCTS NORTH AMERICA
INC., DONALD TRAPP, ET AL

*Defendant*

HEARING ON   CASE MANAGEMENT CONFERENCE

Before Judge   MAURICE B. COHILL, JR.,

| Richard Lanzillo, Esq. | Matthew W. McCullough, Esq. |
| --- | --- |
| | Paul F. Burroughs, Esq. |
| | ~~Thomas A. Testi, Esq.~~ |
| *Appear for Plaintiff* | *Appear for Defendant* |

Hearing begun  9:00   12-1-05     Hearing adjourned to _____

Hearing concluded C. A. V.  9:30  12-1-05    Stenographer _____

WITNESSES:

| For Plaintiff | For Defendant |
| --- | --- |
| CMO entered | |