Case 1:03-cv-00359-MBC   Document 32-2   Filed 06/01/2006   Page 1 of 1

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TENTH STREET BUILDING CORPORATION, <br>     Plaintiff <br><br> v. <br><br> BP PRODUCTS NORTH AMERICA INC., f/k/a and successor to BP OIL COMPANY, f/k/a and successor to BORON OIL COMPANY, and DONALD TRAPP, <br>     Defendants | ) <br> ) <br> ) <br> ) <br> ) CIVIL ACTION NO. 03-359E <br> ) <br> ) MAURICE B. COHILL, JR. <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) ELECTRONICALLY FILED |

## ORDER

AND NOW, TO-WIT, this __8th__ day of __June__, 2006, upon consideration of Defendant BP Products North America, Inc.'s Motion to Compel Responses to Interrogatories Directed to Plaintiff (First Set) and Requests for Production of Documents Directed to Plaintiff (First Set), and it appearing that said Motion should be granted pursuant to Rule 37(a)(2)(B) and (D);

IT IS ORDERED that plaintiff Tenth Street Building Corporation is hereby directed to serve complete and proper Answers to Interrogatories Directed to Plaintiff (First Set), without objections, within fifteen (15) of the date of this Order;

IT IS FURTHER ORDERED that plaintiff Tenth Street Building Corporation is hereby directed to serve complete and proper Responses to Requests for Production of Documents Directed to Plaintiff (First Set), without objections, and to provide all requested documents to defendant BP Products North America, Inc., f/k/a and successor to BP Oil Company, f/k/a and successor to Boron Oil Company, all within fifteen (15) days of the date of this Order.

*Maurice B. Cohill, Jr.*
J.

957275