IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TENTH STREET BUILDING CORPORATION, | ) ) ) | Docket No.  03-359 (Judge Maurice B. Cohill, Jr.) ELECTRONICALLY FILED PLEADING |
| Plaintiff | ) ) ) | CONSENT MOTION TO MODIFY |
| vs. | ) ) | PRETRIAL DEADLINES |
| BP PRODUCTS NORTH AMERICA, INC. f/k/a and successor to BP OIL COMPANY f/k/a and successor to BORON OIL COMPANY and DONALD TRAPP, | ) ) ) ) ) | Filed on behalf of:  Plaintiff, Tenth Street Building Corporation and Defendant, BP Oil Company |
| Defendants | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Counsel of record for these parties: Richard A. Lanzillo, Esq. Knox McLaughlin Gornall & Sennett, P.C. 120 West 10th Street Erie, PA 16501 Telephone (814) 459-2800 Facsimile (814) 453-4530 Email rlanzillo@kmgslaw.com PA53811 Attorneys for Plaintiff  Matthew W. McCullough, Esq. MacDonald Illig Jones & Britton LLP 100 State Street, Suite 700 Erie, PA  16507-1498 Telephone:  (814) 870-7602 Facsimile:  (814) 454-4647 Email mmccullough@mijb.com PA46950 Attorneys for Defendant, BP Oil Company  Paul F. Burroughs, Esq. Quinn, Buseck, Leemhuis, Toohey & Kroto, Inc 2222 West Grandview Blvd. Erie, PA  16506 Telephone:  (814) 833-2222 Facsimile:  (814) 833-6753 Email  pburroughs@quinnfirm.com PA18206 Attorneys for Defendant, Donald Trapp |

## CONSENT MOTION TO MODIFY PRETRIAL DEADLINES

The parties, through their undersigned counsel, hereby move the Court for an Order extending the pretrial deadlines in this case by forty-five (45) days pending the parties' efforts to resolve the action, and state in support as follows:

1. Plaintiff commenced this action to recover environmental clean-up costs arising from contamination from underground storage tanks.

2. The parties have diligently pursued settlement negotiations and have made significant progress towards a resolution of this case.

3. Plaintiff has extended a settlement proposal which is currently under review and analysis by BP Products North America, Inc. f/k/a and successor to BP Oil Company f/k/a and successor to Boron Oil Company.  BP has advised the plaintiff that its analysis of plaintiff's proposal should be complete in the next few weeks.

4. In order to preserve the resources of the parties and facilitate settlement, the parties wish to extend outstanding pretrial deadlines by forty-five (45) days.  The parties believe that this extension will allow them sufficient time to determine whether this matter can be concluded without further expense or attention by the Court.

WHEREFORE, the parties respectfully request that the Court enter an Order extending all outstanding pretrial deadlines by forty-five (45) days.

Respectfully submitted,

KNOX McLAUGHLIN GORNALL &
SENNETT, P.C.


BY: /s/ Richard A. Lanzillo, Esq._____
     Richard A. Lanzillo, Esquire
     120 West Tenth Street
     Erie, PA  16501
     Telephone (814) 459-2800
     Facsimile (814) 453-4530
     Email rlanzillo@kmgslaw.com
     PA53811

     Attorneys for Plaintiff,
     Tenth Street Building Corporation


MACDONALD ILLIG JONES & BRITTON LLP


BY: /s/ Matthew W. McCullough, Esq.\_\_\_\_\_
     Matthew W. McCullough, Esquire
     100 State Street, Suite 700
     Erie, PA  16507-1498
     Telephone (814) 870-7602
     Facsimile (814) 454-4647
     Email mmccullough@mijb.com
     PA46950

     Attorneys for Defendant,
     BP Products North America, Inc.


QUINN, BUSECK, LEEMHUIS, TOOHEY &
KROTO, INC.


BY: /s/Paul F. Burroughs, Esq._____
     Paul F. Burroughs, Esquire
     2222 West Grandview Blvd.
     Erie, PA  16506

-4-

        Telephone (814)833-2222
        Facsimile (814) 833-6753
        Email pburroughs@quinnfirm.com
        PA18206


        Attorneys for Defendant,
        Donald Trapp

# 694169