IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TENTH STREET BUILDING CORPORATION, | ) ) ) | Docket No. 03-359 (Judge Maurice B. Cohill, Jr.) ELECTRONICALLY FILED PLEADING |
| Plaintiff | ) ) | PROPOSED ORDER |
| vs. | ) ) | Filed on behalf of: Plaintiff, Tenth Street |
| BP PRODUCTS NORTH AMERICA, INC. f/k/a and successor to BP OIL COMPANY f/k/a and successor to BORON OIL COMPANY and DONALD TRAPP, | ) ) ) ) ) | Building Corporation and Defendant, BP Oil Company<br><br>Counsel of record for these parties:<br>Richard A. Lanzillo, Esq. |
| Defendants | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Knox McLaughlin Gornall & Sennett, P.C.<br>120 West 10th Street<br>Erie, PA 16501<br>Telephone (814) 459-2800<br>Facsimile (814) 453-4530<br>Email rlanzillo@kmgslaw.com<br>PA53811<br>Attorneys for Plaintiff<br><br>Matthew W. McCullough, Esq.<br>MacDonald Illig Jones & Britton LLP<br>100 State Street, Suite 700<br>Erie, PA 16507-1498<br>Telephone: (814) 870-7602<br>Facsimile: (814) 454-4647<br>Email mmccullough@mijb.com<br>PA46950<br>Attorneys for Defendant, BP Oil Company<br><br>Paul F. Burroughs, Esq.<br>Quinn, Buseck, Leemhuis, Toohey & Kroto, Inc<br>2222 West Grandview Blvd.<br>Erie, PA 16506<br>Telephone: (814) 833-2222<br>Facsimile: (814) 833-6753<br>Email pburroughs@quinnfirm.com<br>PA18206<br>Attorneys for Defendant, Donald Trapp |

-2-

## **ORDER**

AND NOW, this _____ day of October, 2006, upon consideration of the parties' Consent Motion to Modify Pretrial Schedule, it is ORDERED that the Motion is GRANTED.

All outstanding pretrial deadlines are hereby extended by forty-five (45) days.

_____
Maurice B. Cohill, Jr.,
United States District Court Judge

# 694171