IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TENTH STREET BUILDING CORPORATION, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Docket No. 03-359 (Judge Maurice B. Cohill, Jr.) ELECTRONICALLY FILED PLEADING PROPOSED ORDER Filed on behalf of: Plaintiff, Tenth Street Building Corporation and Defendant, BP Oil Company Counsel of record for these parties: Richard A. Lanzillo, Esq. Knox McLaughlin Gornall & Sennett, P.C. 120 West 10th Street Erie, PA 16501 Telephone (814) 459-2800 Facsimile (814) 453-4530 Email rlanzillo@kmgslaw.com PA53811 Attorneys for Plaintiff Matthew W. McCullough, Esq. MacDonald Illig Jones & Britton LLP 100 State Street, Suite 700 Erie, PA 16507-1498 Telephone: (814) 870-7602 Facsimile: (814) 454-4647 Email mmccullough@mijb.com PA46950 Attorneys for Defendant, BP Oil Company Paul F. Burroughs, Esq. Quinn, Buseck, Leemhuis, Toohey & Kroto, Inc 2222 West Grandview Blvd. Erie, PA 16506 Telephone: (814) 833-2222 Facsimile: (814) 833-6753 Email pburroughs@quinnfirm.com PA18206 Attorneys for Defendant, Donald Trapp |
| Plaintiff | | |
| vs. | | |
| BP PRODUCTS NORTH AMERICA, INC. f/k/a and successor to BP OIL COMPANY f/k/a and successor to BORON OIL COMPANY and DONALD TRAPP, | | |
| Defendants | | |

## ORDER

AND NOW, this __12th__ day of October, 2006, upon consideration of the parties' Consent Motion to Modify Pretrial Schedule, it is ORDERED that the Motion is GRANTED.

All outstanding pretrial deadlines are hereby extended by forty-five (45) days.

*Maurice B. Cohill, Jr.*
Maurice B. Cohill, Jr.,
United States District Court Judge

# 694171