IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TENTH STREET BUILDING CORPORATION, | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 03-359E |
| | ) | |
| BP PRODUCTS NORTH AMERICA INC., f/k/a and successor to BP OIL COMPANY, f/k/a and successor to BORON OIL COMPANY, and DONALD TRAPP, | ) | MAURICE B. COHILL, JR. |
| Defendants | ) | ELECTRONICALLY FILED |

## STIPULATION OF DISMISSAL

Plaintiff Tenth Street Building Corporation, by its attorneys, Knox McLaughlin Gornall & Sennett, defendant BP Products North America, Inc. f/k/a and successor to BP Oil Company f/k/a and successor to Boron Oil Company, by its attorneys, MacDonald, Illig, Jones & Britton LLP, and defendant Donald Trapp, by his attorneys, Quinn Buseck Leemhuis Toohey & Kroto Inc., file this Stipulation of Dismissal, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure:

1.  The Complaint and all cross-claims and/or counterclaims by and between the above-referenced parties shall be dismissed, with prejudice.

2.  Each party shall bear its own attorneys' fees and costs.

Respectfully submitted,


s/Richard A. Lanzillo
Richard A. Lanzillo, Esquire
Knox McLaughlin Gornall & Sennett PC
120 West Tenth Street
Erie, PA 16501-1461
Phone: (814) 459-2800
Fax: (814) 453-4530
E-mail: rlanzillo@kmgslaw.com

Attorneys for Plaintiff
 Tenth Street Building Corporation


s/Matthew W. McCullough
Matthew W. McCullough, Esquire
PA Bar No. 46950
MacDONALD, ILLIG, JONES & BRITTON LLP
100 State Street, Suite 700
Erie, PA 16507-1459
Phone: (814) 870-7602
Fax: (814) 454-4647
E-mail: mmccullough@mijb.com

Attorneys for Defendant
 BP Products North America, Inc. f/k/a and successor to BP Oil Company f/k/a and successor to Boron Oil Company


s/Paul F. Burroughs
Paul F. Burroughs, Esquire
Quinn, Buseck, Leemhuis, Toohey & Kroto, Inc.
2222 West Grandview Boulevard
Erie, PA 16506-4508
Phone: (814) 833-2222
Fax: (814) 833-6753
E-mail: pburroughs@quinnfirm.com

Attorneys for Defendant
 Donald Trapp


Dated: January 3, 2007